FILED
07 NOV 27 AM 12:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

\*\*\* EX PARTE/UNDER SEAL\*\*\*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>NOE HERRERA-CARDENAS,<br>　　　　Defendant. | Case No.: 07CR2705<br><br>**ORDER AUTHORIZING**<br>**EXTRAORDINARY EXPERT FEES** |

GOOD CAUSE appearing, and based on the declaration of counsel, the **COURT HEREBY ORDERS** that the defense is authorized to retain a qualified Immigration Attorney to evaluate the immigration issues regarding this case for a total expenditure not to exceed $200.00 at this time.

IT IS FURTHER ORDERED ~~that this Order be filed under seal, except that~~ a certified copy shall be provided to defense counsel, with disclosure to a qualified psychologist authorized.

**SO ORDERED.**

DATED: 11/26/07

_____
GORDON THOMPSON JR.
United District Judge

1